IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW J. PUGLIESI, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.: 09-0089 |
| | ) | |
| HIGHMARK INC., | ) | Judge Lancaster |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

AND NOW, on this 23rd day of April, 2009, IT IS HEREBY ORDERED that the parties will comply with the following dates in the above-entitled matter:

1. Defendant's counsel will provide Plaintiff's counsel with the administrative record relating to Plaintiff's claim for benefits set forth in his Complaint in the above-captioned action no later than Friday, April 24, 2009.

2. In accordance with this Court's Order of April 15, 2009 Referring Case to Alternative Dispute Resolution, the mediation in this action shall be concluded by Monday, June 15, 2009.

3. If the mediation is unsuccessful in resolving this action, the parties may submit cross motions for summary judgment, with supporting briefs, by Thursday, July 2, 2009. Responses to cross-motions to summary judgment are to be filed by Monday, August 3, 2009. Reply briefs are to be filed by Thursday, August 13, 2009.

_____ J