UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. PUGLIESI, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 09-0089 |
| ) | |
| HIGHMARK INC., ) | Judge Lancaster |
| ) | |
| Defendant. ) | |
| ) | |

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Andrew J. Pugliesi, Jr., and Defendant Highmark Inc., through their respective attorneys, voluntarily stipulate to the immediate dismissal, with prejudice, of the above captioned action. Plaintiff's counsel has authorized Defendant's counsel to file this Stipulation.

Respectfully submitted,

By: /s/ Neil J. Marcus, Esquire

Neil J. Marcus, Esquire
Pa. I.D. No.: 23432
P.O. Box 652
Monongahela, PA 15063
Phone: 724-258-8444
Fax: 724-258-2992

Attorney for Plaintiff

By: /s/ Gerri L. Sperling, Esquire

Gerri L. Sperling, Esquire
Pa. I.D. No.: 34603
Kenneth S. Kornacki, Esquire
Pa. I.D. No.: 83739
METZ LEWIS LLC
11 Stanwix Street, 18th Floor
Pittsburgh, PA 15219
Phone: 412-918-1100
Fax: 412-918-1199

Attorneys for Defendant

SO ORDERED, this 3st day of July, 2009.

_____